IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| ROBERT B. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:17-CV-555-PLR-HBG |
| vs. | ) | |
| | ) | JURY DEMANDED |
| EXACTECH, Inc. and | ) | |
| EXACTECH US, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Before this Honorable Court is Plaintiff's Unopposed *Motion for Extension of Time to Complete Discovery*. Based upon the statements of counsel, and the record herein, this Honorable Court finds the *Motion* well-taken and the following deadlines shall be set:

1. Defendant shall file any *Daubert* challenges on or before April 5, 2019, which is (5) days before the deposition of Defendants' expert Jorge A. Ochoa, Ph.D., P.E., Principal Engineer in Exponent's Biomedical Engineering practice, on April 10, 2019.

2. Plaintiff shall have (30) days after the completion of the deposition of Defendants' expert Jorge A. Ochoa, Ph.D., P.E., to file any necessary *Daubert* challenges.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Motion for Extension of Time to Complete Discovery is GRANTED with the discovery schedule above.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE