UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROBERT B. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-CV-555-PLR-HBG |
| | ) | |
| EXACTECH, INC., and EXACTECH US, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the Order of Referral [Doc. 87] by the Chief District Judge.

Now before the Court is Defendants' Motion to Review Clerk's Action on Taxation of Costs [Doc. 86]. By way of background, Defendants requested $1,955.24 in deposition transcript costs. Subsequently, on March 18, 2020, the Clerk awarded Defendants $667.95 in costs. The instant Motion states that Defendants filed their request for costs on March 29, 2019, and that in July 2019, Plaintiff's counsel paid all costs requested directly to defense counsel. The instant Motion requests that the Court allow the costs previously disallowed by the Clerk.

On April 22, 2020, the parties filed a Notice of Resolution [Doc. 88], stating that all issues pertaining to costs raised in Defendants' Motion have been resolved between the parties. Accordingly, the Court finds Defendants' Motion to Review Clerk's Action of Taxation of Costs [**Doc. 86**] is **DENIED AS MOOT.**

IT IS SO ORDERED.

ENTER:

_Bruce Guyton_
United States Magistrate Judge